Gay E. MILLER and Susan Miller, husband and wife, Appellants (Plaintiffs below),

v.

Dorothie WALLACE, Appellee (Defendant below).

No. 3598.

Supreme Court of Wyoming.

July 20, 1967.

Bruce P. Badly, Sheridan, for appellants.

Redle, Yonkee & Redle, Sheridan, for appellee.

Before HARNSBERGER, C. J., and GRAY, McINTYRE, and PARKER, JJ.

PER CURIAM.

Appellants complain of the trial court's dismissal of their action for declaratory judgment.

Plaintiffs' action was based upon the alleged insufficiency of a quit-claim deed given by a wife to a husband prior to their divorce. However, a subsequent quit-claim deed given by the divorced wife to her former husband rendered moot the questions raised and the dismissal was proper.

The order of dismissal must therefore be affirmed.

Affirmed.